**GIBBONS P.C.**
One Gateway Center
Newark, NJ  07102-5310
(973) 596-4500
*Attorneys for Defendant*
*EquiMine, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIMINE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 3:24-cv-4261<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT EQUIMINE, INC.**<br><br>*Document electronically filed* |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant EquiMine, Inc. ("EquiMine"), by its undersigned counsel, states that EquiMine is a non-governmental corporate entity and a wholly-owned subsidiary of Stewart Information Services Corp. ("SISCO"), which is a publicly-held corporation traded on the New York Stock Exchange with the ticker "STC." BlackRock, Inc. owns more than 10% of SISCO's stock.

Dated: March 27, 2024
      Newark, New Jersey

**GIBBONS P.C.**

By:  s/ Kevin R. Reich
     Frederick W. Alworth, Esq.
     Kevin R. Reich, Esq.

*Attorneys for Defendant EquiMine, Inc.*