**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
*Attorneys for Defendant*
*EquiMine, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EQUIMINE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No. 3:24-cv-4261 <br><br> *Document electronically filed* <br><br> **APPLICATION OF DEFENDANT EQUIMINE, INC. PURSUANT TO LOCAL CIVIL RULE 6.1(b) FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Pursuant to Local Civil Rule 6.1(b), defendant EquiMine, Inc. ("EquiMine") hereby applies for an Order of the Clerk of the Court for the District of New Jersey extending the time within which EquiMine may answer, move, or otherwise respond to the Complaint filed by Plaintiffs, and it is represented that:

1. No previous extension has been obtained from this Court;

2. Plaintiffs filed a Complaint against EquiMine on or about February 8, 2024, in the Superior Court of New Jersey, Law Division, Monmouth County;

3. EquiMine's registered agent received the Complaint on or about February 26, 2024, which purported to effect service;

4. On March 27, 2024, EquiMine filed a Notice of Removal of this action from the Superior Court of New Jersey, Law Division, Monmouth County to this Court;

5.	EquiMine's time to answer, move, or otherwise respond to the Complaint expires on April 3, 2024; and

6.	By way of this application, CHLIC respectfully requests an extension of time to answer, move, or otherwise respond to the Complaint for a period of fourteen (14) days through and including April 17, 2024, pursuant to Local Civil Rule 6.1(b).

Dated: April 1, 2024
Newark, New Jersey

By:  s/ Kevin R. Reich
    Frederick W. Alworth, Esq.
    Kevin R. Reich, Esq.
    **GIBBONS P.C.**
    One Gateway Center
    Newark, New Jersey 07102-5310
    Tel: (973) 596-4500
    falworth@gibbonslaw.com
    kreich@gibbonslaw.com

*Attorneys for Defendant EquiMine, Inc.*

## **ORDER**

The above application is **GRANTED** and the time within which EquiMine shall answer, move or otherwise respond to the Complaint in this matter is extended for a period of fourteen (14) days up to and including April 17, 2024, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

**MELISSA E. RHOADS, Clerk**

By:_____
            Deputy Clerk

ORDER DATED: April ___, 2024