

KEVIN R. REICH
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4755 Fax: (973) 639-6206
kreich@gibbonslaw.com

June 10, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania  19106

> Re:   **Atlas Data Privacy Corp., et al. v. Equimine, Inc. (No. 24-cv-4261)**
>        **Joinder in Consolidated Motion to Dismiss the Complaint**

Dear Judge Bartle:

     We write, on behalf of defendant Equimine, Inc., to advise that Equimine joins the Consolidated Motion to Dismiss Plaintiffs' Complaint that is being filed today on the docket for *Atlas Data Privacy Corporation, et al. v. LightBox Parent, L.P., et al.*, No. 24-cv-4105.  For the reasons set forth therein, Equimine respectfully requests that the Court grant the motion and dismiss, with prejudice, the Complaint in the above-referenced action.

                                  Respectfully submitted,

                                    *s/ Kevin R. Reich*

                                  Kevin R. Reich

cc:   Counsel of Record