## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION, et al.

              Plaintiffs,

    v.

EQUIMINE, INC., et al.

              Defendants.

Case No. 1:24-cv-04261

**PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel for Plaintiff Atlas Data Privacy Corporation ("Atlas") certifies as follows:

1. Atlas is a non-governmental corporation.

2. Atlas does not have any parent companies and no publicly held corporation owns 10% or more of such company's stock.

Dated: December 10, 2024
West Orange, New Jersey

**PEM LAW LLP**

*/s/ Rajiv D. Parikh*
Rajiv D. Parikh, Esq. (032462005)
1 Boland Drive
West Orange, New Jersey 07052
Tel.: (973) 577-5500
rparikh@pemlawfirm.com