IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY                 :        CIVIL ACTION
CORPORATION, et al.                :
                                   :
        v.                         :
                                   :
WE INFORM, LLC, et al.             :        NO. 24-4037

---

ATLAS DATA PRIVACY                 :        CIVIL ACTION
CORPORATION, et al.                :
                                   :
        v.                         :
                                   :
INFOMATICS, LLC, et al.            :        NO. 24-4041

---

ATLAS DATA PRIVACY                 :        CIVIL ACTION
CORPORATION, et al.                :
                                   :
        v.                         :
                                   :
THE PEOPLE SEARCHERS, LLC, et :            NO. 24-4045
al.                                :

---

ATLAS DATA PRIVACY                 :        CIVIL ACTION
CORPORATION, et al.                :
                                   :
        v.                         :
                                   :
DELVEPOINT, LLC, et al.            :        NO. 24-4096

---

ATLAS DATA PRIVACY                 :        CIVIL ACTION
CORPORATION, et al.                :
                                   :
        v.                         :
                                   :
QUANTARIUM ALLIANCE, LLC, et :             NO. 24-4098
al.                                :

```
ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                               :
          v.                   :
                               :
EQUIMINE, INC., et al.         :          NO. 24-4261
```

---

```
ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                               :
          v.                   :
                               :
MELISSA DATA CORP., et al.     :          NO. 24-4292
```

---

```
ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                               :
          v.                   :
                               :
GOHUNT, LLC, et al.            :          NO. 24-4380
```

---

```
ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                               :
          v.                   :
                               :
E-MERGES.COM, INC.             :          NO. 24-4434
```

---

```
ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                               :
          v.                   :
                               :
NUWBER, INC., et al.           :          NO. 24-4609
```

---

```
ATLAS DATA PRIVACY          :         CIVIL ACTION
CORPORATION, et al.         :
                            :
        v.                  :
                            :
BELLES CAMP COMMUNICATIONS, :         NO. 24-4949
INC., et al.                :
```

---

```
ATLAS DATA PRIVACY          :         CIVIL ACTION
CORPORATION, et al.         :
                            :
        v.                  :
                            :
SPY DIALER, INC., et al.    :         NO. 24-11023
```

---

```
                            :
ATLAS DATA PRIVACY          :         CIVIL ACTION
CORPORATION, et al.         :
                            :
        v.                  :
                            :
LIGHTHOUSE LIST COMPANY, LLC, :       NO. 24-11443
et al.
```

---

```
ATLAS DATA PRIVACY          :         CIVIL ACTION
CORPORATION, et al.         :
                            :
        v.                  :
                            :
PEOPLEWHIZ,                 :         NO. 25-237
```

---

```
ATLAS DATA PRIVACY          :         CIVIL ACTION
CORPORATION, et al.         :
                            :
        v.                  :
                            :
GREENFLIGHT VENTURE CORP., et :       NO. 25-1517
al.                         :
```

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SEARCHBUG, INC. | : | NO. 24-5658 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| AMERILIST, INC., et al. | : | NO. 24-5775 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| US DATA CORPORATION, et al. | : | NO. 24-7324 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SMARTY, LLC, et al. | : | NO. 24-8075 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| COMPACT INFORMATION SYSTEMS, LLC, et al. | : : | NO. 24-8451 |

<u>ORDER</u>

AND NOW, this 1st day of May 2025, it is hereby ORDERED that defendants in the above-captioned actions shall file their answers to interrogatories to be served pursuant to the court's order dated April 2, 2025 so that the court may review them prior to a to-be-scheduled status conference.


BY THE COURT:


/s/ Harvey Bartle III
                                    J.