```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY              :     CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :
QUANTARIUM ALLIANCE, LLC, et    :     NO. 24-4098
al.                             :
```

```
ATLAS DATA PRIVACY              :     CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :
EQUIMINE, INC., et al.          :     NO. 24-4261
```

```
ATLAS DATA PRIVACY              :     CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :
MELISSA DATA CORP., et al.      :     NO. 24-4292
```

```
ATLAS DATA PRIVACY              :     CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :
GREENFLIGHT VENTURE CORP., et   :     NO. 25-1517
al.                             :
```

```
ATLAS DATA PRIVACY              :     CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :
INNOVATIVE WEB SOLUTIONS,       :     NO. 25-1535
LLC, et al.                     :
```

```
ATLAS DATA PRIVACY              :      CIVIL ACTION
CORPORATION, et al.             :
                                :
     v.                         :
                                :
PUBLICNSA, LLC, et al.          :      NO. 25-5989
```

ORDER

AND NOW, this 8th day of January 2026, after a status conference with counsel, it is hereby ORDERED that:

(1) Plaintiffs shall file on or before January 14, 2026 any motions to compel discovery on the issue of personal jurisdiction;

(2) Defendants shall file any responsive briefs on or before January 26, 2026; and

(3) Plaintiffs shall file any reply briefs on or before February 2, 2026.

BY THE COURT:


/s/  Harvey Bartle III
                                                  J.