# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIMINE, INC., *et al.*, <br><br> Defendants. | Case No. 1:24-cv-04261 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MELISSA DATA CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-04292 |
| ATLAS DATA PRIVACY CORPORATION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> GREENFLIGHT VENTURE CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-01517 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>INNOVATIVE WEB SOLUTIONS, LLC, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:2-cv-01535 |

**PLAINTIFFS' MOTION TO COMPEL
<u>AND FOR RELIEF UNDER FED. R. CIV. P. 37</u>**

**PLEASE TAKE NOTICE** that pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Jane Doe-1, *a law enforcement officer*, Jane Doe-2, *a law enforcement officer*, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan (collectively "Plaintiffs" or "Atlas") hereby moves for entry of an Order:

　　i.　Compelling defendants Equimine, Inc., Melissa Data Corporation, and Innovative Web Solutions, LLC to sit for a supplemental deposition of 2.5 hours to answer relevant questions and to pay for the costs of the stenographer and the transcript for the deposition; and

　　ii.　Compelling defendant Greenflight Venture Corporation to sit for a supplemental 5-hour deposition and to pay the costs of the stenographer,

1

transcript and $2,500 for the attorneys' fees incurred for the improperly terminated deposition.

**PLEASE TAKE FURTHER NOTICE** that this motion is based on the accompanying Memorandum of Law, Certification of Jessica A. Merejo, and exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: January 14, 2026

Respectfully submitted,

**PEM LAW LLP**

By: /s/ *Rajiv D. Parikh*
      Rajiv D. Parikh

Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
Telephone: (973) 557-5700
Email: rparikh@pemlawfirm.com
          keinhorn@pemlawfirm.com
          jmerejo@pemlawfirm.com

**BIRD MARELLA RHOW LINCENBERG DROOKS NESSIM LLP**
Ekwan E. Rhow (admitted *pro hac vice*)
Elliot C. Harvey Schatmeier (admitted *pro hac vice*)
Bill L. Clawges (admitted *pro hac vice*)
1875 Century Park East, 23rd Fl
Los Angeles, California 90067

2

>Telephone: (310) 201-2100
>Email: erhow@birdmarella.com
>ehs@birdmarella.com
>bclawges@birdmarella.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 14th day of January, 2026, I electronically filed a true and complete copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing.

            /s/ *Jessica A. Merejo*
            Jessica A. Merejo