**FBT GIBBONS LLP**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500

*Attorneys for Defendant*
*Equimine, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EQUIMINE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No. 24-4261 <br><br> *Document electronically filed* <br><br><br> **NOTICE OF WITHDRAWAL OF KEVIN R. REICH** |

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance as counsel for Defendant Equimine, Inc. in the above-captioned action. Defendant will continue to be represented by Joshua R. Elias of FBT GIBBONS LLP.

| | |
|---|---|
| Dated: January 16, 2026 <br> Newark, New Jersey | s/ Kevin R. Reich <br> Kevin R. Reich, Esq. <br> **FBT GIBBONS LLP** <br> One Gateway Center <br> Newark, New Jersey 07102-5310 <br> (973) 596-4500 <br> kreich@fbtgibbons.com <br> *Attorneys for Defendant Equimine, Inc.* |

1