

**Joshua R. Elias**
Partner
+1 973.596.4517 (t)
+1 973.639.6351 (f)
jelias@fbtgibbons.com

March 9, 2026

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court
    for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania  19106

    Re:    *Atlas Data Privacy Corp., et al. v. Equimine, Inc.*
             **Civil Action No. 24-cv-4261 (D.N.J.)**

Dear Judge Bartle:

    This Firm represents Defendant Equimine, Inc. d/b/a PropStream ("PropStream") in the above-referenced matter. Currently pending before Your Honor is PropStream's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2) (ECF No. 44) (the "Motion")[1], which, following the completion of jurisdictional discovery, is now fully briefed.  In connection with the Motion, the parties filed under temporary seal certain documents that referenced information and/or material considered by PropStream to be confidential, pursuant to the parties' May 14, 2025 Confidentiality Order (ECF No. 54) and Local Civil Rule 5.3.  In addition to those documents already filed under temporary seal, PropStream believes that plaintiffs' brief in opposition to the Motion (ECF No. 91) – which was filed publicly and not under temporary seal – also contains confidential information.  This same document was publicly filed in the matters captioned *Atlas Data Privacy Corp., et al. v. Melissa Data Corp., et al.*, Civil Action No. 24-cv-4292, at ECF No. 99, and *Atlas Data Privacy Corp., et al. v. Innovative Web Solutions, LLC, et al.*, Civil Action No. 25-cv-1535, at ECF No. 56. Therefore, the parties respectfully request that the Court direct the clerk to place the following documents under temporary seal pending the Court's ruling on the impending motion to seal:

---

[1] The Motion also relies upon the consolidated motion to dismiss for lack of personal jurisdiction, filed on docket No. 24-cv-4380, in which PropStream joined.

One Gateway Center | Newark, NJ 07102 | 973-596-4500
FBT Gibbons LLP | fbtgibbons.com

Honorable Harvey Bartle III, U.S.D.J.
March 9, 2026
Page 2

- Civil Action No. 24-cv-4261:  ECF No. 91;
- Civil Action No. 24-cv-4292:  ECF No. 99; and
- Civil Action No. 25-cv-1535:  ECF No. 56.

While plaintiffs consent to this temporary seal[2], plaintiffs reserve all rights to challenge and/or object to PropStream's confidential designations.  The parties will address the confidential designations in the required joint motion addressing all documents under temporary seal in connection with the Motion pursuant to Local Civil Rule 5.3(c)(1).

We thank Your Honor for your courtesies and attention to this matter.

Respectfully,

*s/ Joshua R. Elias*

Joshua R. Elias
Partner

cc:   All counsel of record (via ECF)
      Michael P. O'Mullan (via email)
      Omar Marouf (via email)
      Clair E. Wischusen (via email)

---

[2] Counsel for defendant in Civil Action No. 24-cv-4292 has also provided consent to this temporary seal.  However, counsel for defendant in Civil Action No. 25-cv-1535 has not responded to multiple attempts to obtain consent.