**FBT GIBBONS LLP**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500

*Attorneys for Defendant*
*Equimine, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EQUIMINE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No.  24-4261 <br><br> *Document electronically filed* <br><br><br> **NOTICE OF MOTION TO SEAL** |

**PLEASE TAKE NOTICE** that, on April 20, 2026, at a time to be set by the Court, or as soon thereafter as Defendant Equimine, Inc. d/b/a PropStream ("PropStream") may be heard, PropStream, by and through its undersigned counsel, will apply by motion to the United States District Court for the District of New Jersey, before the Honorable Harvey Bartle, III, U.S.D.J., Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an Order pursuant to Local Civil Rule 5.3(c) sealing ECF No. 91, ECF No. 92 (Exhibit C) and ECF No. 93 on the docket of Civil Action No. 24-cv-4261, ECF No. 99 and Exhibit C to ECF No. 100 on the docket of Civil Action No. 24-cv-4292, and ECF No. 56 and Exhibit C to ECF No. 57 on the docket of Civil Action No. 25-cv-1535, as set forth in the Index attached hereto.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, PropStream will rely upon the attached Index, the Declaration of Brian Tepfer, Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is incorporated into the Proposed Findings of Fact and Conclusions of Law.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs take no position with respect to PropStream's purported confidential material and do not oppose this motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested.

**FBT GIBBONS LLP**

Dated: March 16, 2026          By:  _s/ Joshua R. Elias_ _____
     Newark, New Jersey          Joshua R. Elias
                      One Gateway Center
                      Newark, New Jersey 07102-5310
                      Tel: (973) 596-4500
                      jelias@fbtgibbons.com

                      *Attorneys for Defendant*
                      *Equimine, Inc.*

**INDEX**
*Atlas Data Privacy Corporation, et al. v. Equimine, Inc. et al.,*
**Civil Action No. 24-cv-04261**

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction<br><br>(ECF No. 91 in C.A. 24-cv-4261)<br><br>(ECF No. 99 in C.A. 24-cv-4292)<br><br>(ECF No. 56 in C.A. 25-cv-1535) | | | | | N/A |
| Page 28-29 | "Its… systems." | PropStream seeks to redact confidential and proprietary information relating to the dataset it procures for its website, datasets, data volume, data sources, vendors and/or third-party providers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |

| | Material | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Page 29 | "acquired… because" | PropStream seeks to redact confidential and proprietary information relating to its vendors and/or third-party providers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |
| Page 29 | "Equimine… addresses" | PropStream seeks to redact confidential and proprietary information relating to the number of regional subscribers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Page 30 | "from…data" | PropStream seeks to redact confidential and proprietary information relating to its vendors and/or third-party providers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |
| Page 30 | "Equimine… parcels" | PropStream seeks to redact confidential and proprietary information relating to the dataset it procures for its website, datasets and data volume. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Page 33 | "PropStream… addresses" | PropStream seeks to redact confidential and proprietary information relating to the number of regional subscribers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Exhibit C to Declaration of Jessica A. Merejo, Esq. (ECF No. 92 in C.A. 24-cv-4261) (ECF No. 100 in C.A. 24-cv-4292) (ECF No. 57 in C.A. 25-cv-1535) | | | | | N/A |
| Page 52 | Lines 8-25 | PropStream seeks to redact confidential and proprietary information relating to the dataset it procures for its website, datasets, data volume, data sources, vendors and/or third-party providers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Page 54 | Lines 6-25 | PropStream seeks to redact confidential and proprietary information relating to the dataset it procures for its website, datasets, data volume, data sources, vendors and/or third-party providers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |
| Page 55 | Lines 2-25 | PropStream seeks to redact confidential and proprietary information relating to the dataset it procures for its website, datasets, data volume, data sources, vendors and/or third-party providers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Page 99 | Lines 2-18 | PropStream seeks to redact confidential and proprietary information relating to its vendors and/or third-party providers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |
| Page 109 | Lines 2-8 | PropStream seeks to redact confidential and proprietary information relating to its vendors and/or third-party providers. *See* Tepfer Decl. ¶ 6 | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Page 109 | Lines 19-22 | PropStream seeks to redact confidential and proprietary information relating to the number of regional subscribers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |
| Page 113 | Lines 2-25 | PropStream seeks to redact confidential and proprietary information relating to the dataset it procures for its website, datasets and data volume. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Reply Brief of Defendant Equimine, Inc. in Further Support of Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 93) | | | | | N/A |
| Page 4-5 | "approximate… addresses" | PropStream seeks to redact confidential and proprietary information relating to the number of regional subscribers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Page 6 | "from…based" | PropStream seeks to redact confidential and proprietary information relating to its vendors and/or third-party providers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |
| Page 7 | "Neither… addresses" | PropStream seeks to redact confidential and proprietary information relating to its vendors and/or third-party providers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |

| | Material | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Page 8 | "PropStream's… claims." | PropStream seeks to redact confidential and proprietary information relating to the number of regional subscribers. *See* Tepfer Decl. ¶ 6. | If filed on the public docket, the information will reveal commercially sensitive material that would provide competitors with insight into PropStream's proprietary processes, the sources of its information and the progress it has made in certain markets, while limiting PropStream's ability to differentiate itself and weakening its market position. *See* Tepfer Decl. ¶¶ 8, 9. | PropStream requests the sealing of only the information that will reveal its non-public, confidential business information. Given the commercial sensitivity of the information sought to be sealed, there is no other means to protect PropStream's confidentiality interests. *See* Tepfer Decl. ¶¶ 7, 10. | N/A |

G118218.G110799  4937-1755-5604v1