**FBT GIBBONS LLP**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500

*Attorneys for Defendant*
*Equimine, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUIMINE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>    Defendants. | Civil Action No.  24-4261<br><br>*Document electronically filed*<br><br><br>**JURY DEMAND** |

Pursuant to Federal Rule of Civil Procedure 38(b), Defendant Equimine, Inc. d/b/a PropStream, by and through its attorneys, FBT Gibbons LLP, hereby demands a jury trial on all issues so triable.

**FBT GIBBONS LLP**

Dated: April 2, 2026      By: *s/ Joshua R. Elias*
   Newark, New Jersey       Frederick W. Alworth
                Joshua R. Elias
                One Gateway Center
                Newark, New Jersey 07102-5310
                Tel: (973) 596-4500
                jelias@fbtgibbons.com

                *Attorneys for Defendant*
                *Equimine, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 2nd day of April, 2026, I electronically filed a true and complete copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all attorneys of record.

Dated: April 2, 2026          By:  *s/ Joshua R. Elias*
      Newark, New Jersey          Frederick W. Alworth
          Joshua R. Elias
          One Gateway Center
          Newark, New Jersey 07102-5310
          Tel: (973) 596-4500
          jelias@fbtgibbons.com

          *Attorneys for Defendant*
          *Equimine, Inc.*

G118218.G110799  4934-3716-9309v1