IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
EQUIMINE, INC., et al.          :        NO. 24-4261

ORDER

AND NOW, this 30th day of April 2026, it is hereby
ORDERED that the letter request of Equimine, Inc. d/b/a
PropStream to seal portions of the court's opinion deciding
several motions to dismiss for lack of personal jurisdiction
(Doc. #106) is DENIED.


                        BY THE COURT:


                        /s/  Harvey Bartle III
                                            J.