

**Joshua R. Elias**
Partner
+1 973.596.4517 (t)
+1 973.639.6351 (f)
jelias@fbtgibbons.com

July 14, 2026

***VIA ECF***

Honorable Harvey Bartle III, U.S.D.J.
United States District Court
    for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania  19106

        **Re:**     ***Atlas Data Privacy Corp., et al. v. Equimine, Inc.***
                  **Civil Action No. 24-cv-4261 (D.N.J.)**

Dear Judge Bartle:

       This Firm represents Defendant Equimine, Inc. d/b/a PropStream ("Equimine") in the above-referenced matter. On behalf of Equimine, we write to advise that Equimine joins the Consolidated Motion for Reconsideration of June 30, 2026 Order that is being filed today on the docket for *Atlas Data Privacy Corporation, et al. v. DM Group, et al.*, No. 24-cv-4075.  For the reasons set forth therein, Equimine respectfully requests that the Court grant the motion and vacate the June 30, 2026 Order.

       We thank Your Honor for your courtesies and attention to this matter.

                            Respectfully,

                            *s/ Joshua R. Elias*

                            Joshua R. Elias
                            Partner

cc:      All counsel of record (via ECF)